UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Rodriguez, Jose Miguel<br><br>Defendant(s) | CRIMINAL NO. 08mj912<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Vanessa Guzman-Sandoval

DATED: 4/1/08

RECEIVED
2008 APR -1 P 2:
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____            OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95