UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jose Miguel Rodriguez<br>Defendant(s) | CRIMINAL NO. 08CR1071-L<br>                       08mj0912<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07944298 |

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / <u>Case Disposed</u> / Order of Court).

Vanessa Guzman-Sandoval

DATED: 4/8/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                  DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
    Deputy Clerk