UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08cr1071-L |
| | ) | 08mj0912 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jose Miguel Rodriguez | ) | |
| Defendant(s) | ) | Booking No. 07944298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / <u>Case Disposed</u> / Order of Court).

Vanissa Guzman-Sandoval

DATED: 4/8/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk