1  KAREN P. HEWITT
   United States Attorney
2  A. DALE BLANKENSHIP
   Assistant U.S. Attorney
3  California State Bar No.235960
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6157

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA | ) | Criminal Case No.  08-CR-1071-L |
   |                          | ) |                                 |
11 |                Plaintiff,| ) | DATE: June 5, 2008              |
   |                          | ) | TIME: 2:00 p.m.                 |
12 |            v.            | ) |                                 |
   |                          | ) | **NOTICE OF MOTION AND**        |
13 | JOSE MIGUEL RODRIGUEZ,   | ) | **MOTION TO FORFEIT BAIL**      |
   |                          | ) |                                 |
14 |                Defendant.| ) |                                 |
   |                          | ) |                                 |
15

16 TO:   W. SAMUEL HAMRICK, JR., CLERK OF THE COURT, AGENT FOR THE
         OBLIGORS; THE MATERIAL WITNESS, VANESSA GUZMAN-SANDOVAL, HER
17       ATTORNEY, GAYLE MAYFIELD-VENIERIS, AND THE SURETY, ARTURO
         DELGADO LOPEZ
18
         PLEASE TAKE NOTICE that pursuant to Rule 46(f)(1), Federal Rules of Criminal
19
   Procedure, plaintiff, United States of America, will bring a motion to forfeit bail on for hearing before
20
   this court in the courtroom of the Honorable William McCurine, Jr., United States Magistrate Judge,
21
   United States Courthouse, 940 Front Street, San Diego, California, on <u>June 5, 2008 at 2:00 p.m.</u> or as
22
   soon thereafter as counsel can be heard.
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //

1   The United States hereby moves this court to enter judgment against the above-named material witness VANESSA GUZMAN-SANDOVAL and surety ARTURO DELGADO LOPEZ, in the sum of $5,000.00 upon a bond, a copy of which is attached hereto as Exhibit 1.

The aforesaid bond was executed by material witness, VANESSA GUZMAN-SANDOVAL and ARTURO DELGADO LOPEZ, as a surety in the sum of $5,000.00 conditioned upon the material witness' appearance set forth in the bond.

On May 1, 2008 material witness, VANESSA GUZMAN-SANDOVAL failed to surrender as ordered to immigration authorities. She failed to surrender and has not contacted immigration authorities.

The United States also asks the Court to issue a no bail warrant for the arrest of material witness, VANESSA GUZMAN-SANDOVAL.

This motion is based upon the pleadings, records and proceedings in this cause, together with these motion papers.

                                                Respectfully submitted,
                                                Karen P. Hewitt
                                                United States Attorney

DATED: May 23, 2008.                       s/*A. Dale Blankenship*
                                                A. DALE BLANDKENSHIP
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff,
                                                United States of America

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08-CR-1071-L |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| JOSE MIGUEL RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, A. Dale Blankenship, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motion and Motion to Forfeit Bail** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. Paul D. Turner** ptlaw@cox.net

**2. Gayle J Mayfield-Venieris** federal@mayfield-law.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.** VANESSA GUZMAN-SANDOVAL
14128 Lanark St.
Van Nuys, CA 91402

**2.** ARTURO DELGADO LOPEZ
14128 Lanark St.
Van Nuys, CA 91402

The last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2008.

s/ *A. Dale Blankenship*
A. Dale Blankenship