AUSA
COPY

## APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: _WMR_

| United States District Court | Southern District of California |
|---|---|
| United States of America<br>v.<br>**RODRIGUEZ, JOSE MIGUEL** | Crim. Case No.<br><br>Magis. Case No. **08 mj 0912** |

We, _Arturo Delgado Lopez_ (name of surety) and _____**Vanessa Guzman-Sandoval**_____ (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $____**5,000.00**____ and there has been deposited in the Registry of the Court the sum of $____**500.00**____ in cash. This bond is conditioned upon and posted to secure the appearance of material witness____**Vanessa Guzman-Sandoval**____ to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: _X_     Surety's Signature: _X_ _(signed)_

Surety's Home Address: _14128 Lanark St. Van Nuys, CA 91402_

Material Witness' U.S. Address: _14128 Lanark St. Van Nuys, CA 91402_

Acknowledgment: The surety noted above signed this bond before me, _Marie Elliott_ (print name of person witnessing surety's signature), on _3/27/08_ (date), at _Solana Beach, CA_ (city/state). My address is: _462 Stevens Ave # 303, Solana Beach, CA 92075_

Signature Of Person Witnessing Surety's Signature: _Marie Elliott_ Dated: _3/27/08_

**Bond Approved:** _____, **United States Magistrate Judge or District Judge**

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, _Arturo Delgado Lopez_ (print name of owner of cash), state that I reside at
_14128 Lamark St. Van Nuys, CA 91402_, and that I
am the owner of the $ _500.00_ cash deposited in the Registry of the Court as security for this bond.
That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern
District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to
proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition
under this bond or by the contumacy of the material witness.

Dated: x _03/27/08_ _____        _____
                                                Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, _Arturo Delgado Lopez_ (print name of surety), state under penalty of perjury
under the laws of the United States of America, that I have a net worth of at least $ _5,000.00_, and that
I reside at _14128 Lamark St. Van Nuys, CA 91402_

Dated: x _03/27/08_ _____        _____
                                                Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his
or her compliance with any and all conditions of the release and orders as directed by the court.  If the material
witness does not appear in court as ordered or comply with the conditions of the release and any court orders,
I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken
by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered
against me for the full amount of the bond.

Dated: x _03/27/08_ _____        _____
                                                Signature of the Surety



DL # N 7439973



A # 077-970-697

Social Sec # 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

FIRST SOUTHWESTERN TITLE COMPANY
Pasadena Office

Recording Requested By:
ACOUSTIC HOME LOANS

**03 2644613**

And After Recording Return To:
ACOUSTIC HOME LOANS
500 N STATE COLLEGE BLVD. STE. 400
ORANGE, CALIFORNIA 92868
Loan Number: 80000359

29875-37

—————————— [Space Above This Line For Recording Data] ——————————

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated AUGUST 28, 2003 , together with all Riders to this document.

(B) "Borrower" is ARTURO D. LOPEZ, A SINGLE MAN

Borrower is the trustor under this Security Instrument.
(C) "Lender" is ACOUSTIC HOME LOANS

Lender is a LLC                                                                                  organized
and existing under the laws of DELAWARE
Lender's address is 500 N STATE COLLEGE BLVD. STE. 400, ORANGE, CALIFORNIA 92868
Lender is the beneficiary under this Security Instrument.
(D) "Trustee" is FIRST SOUTHWESTERN TITLE CO.
790 E. COLORADO BLVD., #700, PASADENA, CALIFORNIA 91101

(E) "Note" means the promissory note signed by Borrower and dated AUGUST 28, 2003
The Note states that Borrower owes Lender ONE HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED AND 00/100                        Dollars (U.S. $187,500.00        )
plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than OCTOBER 1, 2033 .
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

Borrower Initials: _A.L_____  _____  _____  _____

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3005 1/01
Page 1 of 13

DocMagic ℮Ⓡⓐⓝⓢⓢ 800 649-1362
www.docmagic.com

Ca3005 1.dcm

2212-014-032
DOC# 03-2644613-01

||||||||||||||||||||||||||||||||||||

**PLEASE READ YELLOW SHEET FIRST**

04008**********AUTO**3-DIGIT 913
LOPEZ,ARTURO D
14128 LANARK ST
VAN NUYS, CA 91402-5204

|||..||.||.||.|||...|.|.|.||.||.|.||||...|.|.||.|.||.|.|||

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (fold line)

# RICK AUERBACH
## LOS ANGELES COUNTY ASSESSOR
500 WEST TEMPLE STREET, LOS ANGELES CA 90012-2770
For all property tax related questions call
(888) 807-2111 or (213) 974-3211
Website: http://assessor.co.la.ca.us/

## HOW THE PROPERTY TAX SYSTEM WORKS

**CITIES & COUNTY**
Provides copies of all building permits issued.

**REGISTRAR-RECORDER/COUNTY CLERK**
Website: http://regrec.co.la.ca.us/
Provides copies of all deeds and other recorded documents.

**COUNTY ASSESSOR**
Website: See Above

Assesses all real estate and personal property (businesses, boats, and airplanes) located throughout the entire county.

**AUDITOR – CONTROLLER**
Website: http://auditor.co.la.ca.us/

Receives the assessments from the Assessor and applies the appropriate tax rate to determine the actual amount of property taxes owed.

**TREASURER – TAX COLLECTOR** 
Website: http://ttax.co.la.ca.us/main.htm

Mails out the property tax bills, collects the money, and deposits it in the County Treasury.

**AUDITOR – CONTROLLER** 
Website: See Above

Allocates the money to over 900 local taxing agencies, including the County, cities, schools and special districts.

Loan Number: 80000359

# RIDER TO THE SECURITY INSTRUMENT

This Rider is made  AUGUST 28, 2003      and is incorporated into and deemed to amend and supplement the Security Instrument (deed of trust, warranty deed, mortgage, etc.) of the same date.

The property covered by this addendum is described in the security instrument and located at:

14128 LANARK STREET, LOS ANGELES, CALIFORNIA 91402

## AMENDED PROVISIONS

In addition to the provisions and agreements made in the Security Instrument, I/we further covenant and agree as follows:

## BORROWER'S RIGHT TO PREPAY

I/We have the right to make payments of principal at any time before they are due.  A prepayment of the entire unpaid principal is known as a full prepayment.  A full prepayment of only part of the unpaid principal is known as a partial prepayment.  Except as provided below, I may make a full or partial prepayment at any time.

## PENALTY UPON FULL OR PARTIAL PREPAYMENT

If, within the first  48      month(s) of the date of this Security Instrument I/we make full or partial prepayment in any 12 month period of more than        20.000 % of the original principal loan amount, the Note Holder may collect a penalty.  That penalty will be equal to   6       months interest at the yearly rate of interest at the time the prepayment is made, on the amount of the prepayment which is more than

20.000 % of the original principal loan amount, unless otherwise prohibited by applicable law or regulation.  The penalty will be collected unless otherwise provided by applicable law or regulation.

If I make a partial prepayment there will be no change in the due date of my monthly payment unless the Note Holder agrees in writing to such a change.

If my loan has an adjustable rate feature, my partial prepayment may reduce the amount of my monthly payment after the first Change Date following my partial payment.  However, any reduction due to my partial prepayment may be offset by an increase in the interest rate.

RIDER TO THE SECURITY INSTRUMENT
REV. 07/21/03

Page 1 of 2

DocMagic *Electronic* 800 649-1362
www.docmagic.com

03 2644613

Loan Number: 80000359

Date: AUGUST 28, 2003

Property Address: 14128 LANARK STREET, LOS ANGELES, CALIFORNIA 91402

## EXHIBIT "A"

## LEGAL DESCRIPTION

LOT 84 OF TRACT NO. 15690, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 343 PAGE(S) 41 TO 45, INCLUSIVE OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

A.P.N. 2212-014-032

DocMagic *Forms* 800-649-1362
www.docmagic.com

**03 2644613**

—————————————— [Space Below This Line For Acknowledgment] ——————————————

State of California                            )
                                               ) ss.
County of LOS ANGELES                          )

    On      September 2, 2003   before me,     Patsy S. Johnson

personally appeared  ARTURO D. LOPEZ

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.



                                    _____
                                    NOTARY SIGNATURE

                                         Patsy S. Johnson
                                    _____
                                    (Typed Name of Notary)

        NOTARY SEAL

DocMagic eForms 800 649-1362
www.docmagic.com

03  264461

Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

**24. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**25. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____ (Seal)
ARTURO D. LOPEZ                   -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

Witness:                          Witness:


_____ _____

DocMagic @HForms 800 649 1362
www.docmagic.com

03 2644613

Ca300512.dox

Form **1040** U.S. Individual Income Tax Return **2006** (99)

Department of the Treasury - Internal Revenue Service

IRS Use Only--Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning ,2006, ending , 20  OMB No. 1545-0074

**Label**

Your first name and initial: ARTURO

Last name: LOPEZ

Your social security number: 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

If a joint return, spouse's first name and initial

Last name

Spouse's social security number

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.

14128 LANARK ST

▲ You **must** enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.

VAN NUYS          CA          91402-0000

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund ► ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single

2 ☐ Married filing jointly (even if only one had income)

3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►

4 ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ►

5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . .

b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| DANIEL LOPEZ | 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 | SON | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
• lived with you: 0
• did not live with you due to divorce or separation: 0
Dependents on 6c not entered above: 1

If more than four dependents, see instructions.

Add numbers on lines above ► 2

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | |
| 8a Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | 28 |
| b Tax-exempt interest. **Do not** include on line 8a . . . . . . . . . | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | |
| b Qualified dividends . . . . . . . . . . . . . . . . | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes . . | 10 | |
| 11 Alimony received . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . | 12 | 36298 |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ . . . | 13 | |
| 14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a IRA distributions . . . . . | 15a | b Taxable amount . . . . . . . | 15b | |
| 16a Pensions and annuities . . . | 16a | b Taxable amount . . . . . . . | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 | -3530 |
| 18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 | |
| 19 Unemployment compensation . . . . . . . . . . . . . . . | 19 | |
| 20a Social security benefits . . | 20a | b Taxable amount . . . . . . . | 20b | |
| 21 Other income. List type and amount | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . . . . . ► | 22 | 32796 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Archer MSA deduction. Attach Form 8853 . . . . . . . . . . | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . | 24 | |
| 25 Health savings account deduction. Attach Form 8889 . . . . . . . | 25 | |
| 26 Moving expenses. Attach Form 3903 . . . . . . . . . . . | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE . . . . . . . | 27 | 2565 |
| 28 Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | |
| 29 Self-employed health insurance deduction . . . . . . . . . . | 29 | |
| 30 Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a Alimony paid b Recipient's SSN ► | 31a | |
| 32 IRA deduction . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 Student loan interest deduction . . . . . . . . . . . . . | 33 | |
| 34 Jury duty pay gave to your employer . . . . . . . . . . . | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 . . . . . | 35 | |
| 36 Add lines 23 through 31a and 32 through 35 . . . . . . . . . . | 36 | 2565 |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . ► | 37 | 30231 |

JTA          For Disclosure, Privacy Act and Paperwork Reduction Act Notice, see instructions.          Form **1040** (2006)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 30231 |

**Standard Deduction for-**
● **People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.**
● **All others:**

Single or Married filing separately, $5,150

Married filing jointly or Qualifying widow(er), $10,300

Head of household, $7,550

| | |
|---|---|
| 39a Check if: ☐ **You were born before January 2, 1942,** ☐ Blind. **Total boxes** | |
| ☐ **Spouse was born before January 2, 1942,** ☐ Blind. **checked** ▶ 39a | |
| **b** If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here . . . ▶ 39b ☐ | |

| | | | |
|---|---|---|---|
| 40 **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) . . . . . . . | 40 | 33410 |
| 41 Subtract line 40 from line 38 | 41 | -3179 |
| 42 If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d . . | 42 | 6600 |
| 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . | 43 | |
| 44 **Tax.** Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . . . . . . . | 44 | |
| 45 **Alternative minimum tax.** Attach Form 6251 . . . . . . . . . . . . . . . . . . . | 45 | |
| 46 Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 46 | |
| 47 Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . | 47 | |
| 48 Credit for child and dependent care expenses. Attach Form 2441 . . . . . | 48 | |
| 49 Credit for the elderly or the disabled. Attach Schedule R . . . . . . . . | 49 | |
| 50 Education credits. Attach Form 8863 . . . . . . . . . . . . . . . | 50 | |
| 51 Retirement savings contributions credit. Attach Form 8880 . . . . . . . | 51 | |
| 52 Residential energy credits. Attach Form 5695 . . . . . . . . . . . | 52 | |
| 53 Child tax credit. Attach Form 8901 if required . . . . . . . . . . . | 53 | |
| 54 Credits from: **a** ☐ Form 8396 **b** ☐ Form 8839 **c** ☐ Form 8859 | 54 | |
| 55 Other credits: **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form ____ | 55 | |
| 56 Add lines 47 through 55. These are your **total credits** . . . . . . . . . . . . . | 56 | |
| 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . . . . . . . . ▶ | 57 | |

| | | | |
|---|---|---|---|
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | 5129 |
| | 59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 . . . . . . . . . . | 61 | |
| | 62 Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . | 62 | |
| | 63 Add lines 57 through 62. This is your **total tax** . . . . . . . . . . . . . . . ▶ | 63 | 5129 |

| | | | |
|---|---|---|---|
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 . . . . | 64 | |

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 65 2006 estimated tax payments and amount applied from 2005 return . . . | 65 | |
| 66a **Earned income credit (EIC)** . . . . . . . . . . . . | 66a | 0 |
| **b** Nontaxable combat pay election . . . ▶ | 66b | |
| 67 Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . | 67 | |
| 68 Additional child tax credit. Attach Form 8812 . . . . . . . . . . | 68 | |
| 69 Amount paid with request for extension to file . . . . . . . . . . | 69 | |
| 70 Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 70 | |
| 71 Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | |
| 72 Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** . . . . . . . ▶ | 72 | |

| | | | |
|---|---|---|---|
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** . . . . | 73 | |

Direct deposit? See instructions and fill in 74b, 74c, and 74d.

| | | | |
|---|---|---|---|
| 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached check here . . . . ▶ ☐ | 74a | |
| ▶ **b** Routing number _____ ▶ **c** Type: ☐ Checking ☐ Savings | | |
| ▶ **d** Account number _____ | | |
| 75 Amount of line 73 you want **applied to your 2007 estimated tax** . . . . ▶ | 75 | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 76 **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instr . . . . . . . ▶ | 76 | 5371 |
| | 77 Estimated tax penalty . . . . . . . . . . . . . . . | 77 | 242 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instr)? ☐ **Yes.** Complete the following. ☐ **No** |
| | Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Your signature ▶ | | LANDSCAPING | |
| Spouse's signature If a joint return, **both** must sign. | Date | Spouse's occupation | |

| | | | |
|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 4/10/2007 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | TAX AND PLUS 13064 1/2 VAN NUYS BLVD PACOIMA CA 91331-0000 | EIN ____ | |
| | | | Phone no. (818) 897-1210 |

JTA

Form **1040** (2006)

# WACHOVIA

## LOAN STATEMENT

| | |
|---|---|
| **Property Address:** | 14128 LANARK ST<br>PANORAMA CITY    CA 91402-5204 |
| **Loan Number:** | 44032852 |
| **Payment Due Date:** | 03/01/08 |
| **Statement Date:** | 02/27/08 |

**Questions about your loan?**
For quick answers, call. . . . . . . . . . . . . . . . . . . . 800-642-0257
9 a.m. - 9 p.m. Mon. - Fri., 9 a.m. - 6 p.m. Sat, Eastern Time
*(Please have your loan and Social Security numbers ready.)*

001396  YNNNNN  M9D11STA

ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY        CA 91402-5204

## 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
*CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.*

| | |
|---|---|
| 1) Minimum Payment | 1,615.88 |
| 2) Interest Only | 2,857.37 |
| 3) Scheduled Principal and Interest | 3,157.19 |
| 4) 15-Year Payment Plan | 4,192.99 |

To check the status of your Wachovia loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . . . . . . . . .Wachovia.com
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . .800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 2,651.30 | 2,651.30 | 2,651.30 | 2,651.30 |
| Deferred Interest†† | -1,241.49 | | 299.82 | 1,335.62 |
| Principal Paid | | | | |
| Escrow/Other | 206.07 | 206.07 | 206.07 | 206.07 |
| Total Past Due | | | | |
| Total Payment | 1,615.88 | 2,857.37 | 3,157.19 | 4,192.99 |

| Past Due Amount | Late Charges/<br>Fees Due | Total Past Due | Total Outstanding<br>Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| | | | 18,692.35 | 7.980 |

†*See explanation of deferred interest on reverse side under CHOOSING YOUR PAYMENT OPTIONS.*

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date<br>Payments | Year-to-Date Escrow<br>Disbursements |
|---|---|
| Principal<br>-3,760.23 | Taxes |
| Interest<br>4,229.43 | Additional Assessments |
| Late Charges/<br>Fees 206.55 | Homeowners<br>Insurance |
| | Other    1,915.26 |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 01/20 | BEGINNING BALANCE | | +597,439.32 | | | +376.87 | | | |
| 02/16 | LATE CHARGE | 70.49 | | | | | | 70.49 | |
| 02/21 | 02/01 PHONE PMT | 1,839.30 | +1,253.03 | 1,409.81 | 8.040 | +359.00 | | 70.49 | |
| 02/27 | ENDING BALANCE | | +398,692.35 | | | +737.87 | | | |

*CK # 629*
*03/08/08*

## 5 IMPORTANT MESSAGES

## Wachovia.com

Improve your financial situation at tax time and beyond with a free home loan review.  You may be able to get
cash to pay your property or income tax.  Call 1-888-234-6101 today and help make this time of the year a
litle less taxing.

---

Get a headstart on your taxes! View and print your 2007 Mortgage Interest Statement (IRS form 1098) through
Wachovia's Online Services.  Not yet enrolled?  Visit wachovia.com today.

  **WACHOVIA**                                     **LOAN STATEMENT**

**Property Address:**   14128 LANARK ST
                       PANORAMA CITY       CA 91402-5204

**Loan Number:**        44032852

**Payment Due Date:**   02/01/08

**Statement Date:**     01/08/08

Questions about your loan?
For quick answers, call. . . . . . . . . . . . . . . . . . . . . 800-642-0257
9 a.m. – 9 p.m. Mon. – Fri., 9 a.m. – 6 p.m. Sat, Eastern Time
*(Please have your loan and Social Security numbers ready.)*



019421  YNYNNN M9DL1S1A

ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY        CA 91402-5204

# 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
*CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.*

1) **Minimum Payment**                    3,603.19

To check the status of your Wachovia loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Wachovia.com
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . .800-914-8166

# 2 CURRENT PAYMENT EXPLANATION

**Payment Options**
| | |
|---|---|
| Interest Due | 2,662.84 |
| Deferred Interest† | -1,253.03 |
| Principal Paid | |
| Escrow/Other | 359.00 |
| Total Past Due | 1,834.38 |
| Total Payment | 3,603.19 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| 1,768.81 | 65.57 | 1,834.38 | 16,178.23 | 8.040 |

*See explanation of deferred interest on reverse side under **CHOOSING YOUR PAYMENT OPTIONS.***

# 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| -1,246.11 | |
| Interest | Additional Assessments |
| 1,409.81 | |
| Late Charges/ Fees | Homeowners Insurance |
| 70.49 | |
| | Other |

# 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | BEGINNING BALANCE | | +394,932.12 | | | +1,550.67 | | | |
| 12/31 | INTEREST ON ESCROW | 25.46 | | | | +25.46 | | | |
| 01/02 | 12/01 PHONE PMT | 1,768.81 | +1,246.11 | 1,409.81 | 8.070 | +359.00 | | | |
| 01/02 | MISC APPL PAY | 70.49 | | | | | | | +70.49 |
| 01/04 | MISC APPL PAY | 70.49 | | | | | | 70.49 | -70.49 |
| 01/08 | ENDING BALANCE | | +396,178.23 | | | +1,935.13 | | | |

# 5 IMPORTANT MESSAGES                           **Wachovia.com**

Your loan is 01 payment(s) past due.  Your oldest payment was due  01/01/08.
*********If you are having difficulties making your mortgage payments, we encourage you to contact Wachovia
Mortgage at 800-282-3451.  Some of our payment plans may pleasantly surprise you.  If your payment has
already been made, please disregard this message.

World Savings is now part of Wachovia and your statement has a brand new look featuring the Wachovia
name and color scheme.  From this point forward, please make out your monthly mortgage check to Wachovia
Mortgage.  Rest assured, only the name of our company has changed.  Your loan number and all customer service
contact information (phone numbers and addresses) remain the same.  Thank you.

*Please detach coupon and return with payment. Thank you.*

2,040

# WACHOVIA

**ESCROW STATEMENT**

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ANALYSIS DATE:

**01/09/2008**

001017  M9DLEWTA
**ARTURO D LOPEZ**                    1017
**14128 LANARK ST**
**PANORAMA CITY CA 91402-5204**

LOAN NUMBER:

**0044032852**

PROPERTY ADDRESS:

**14128 LANARK ST**
**PANORAMA CITY CA 91402**

## YOUR HOME LOAN PAYMENT MAY BE CHANGING - THIS STATEMENT WILL HELP YOU UNDERSTAND WHY

This annual disclosure statement is required by Federal law and provides a detailed summary of activity related to your escrow account. At your request, we maintain an escrow account that is used to pay items such as your property taxes, insurance premiums, and/or mortgage insurance. If you have questions about this statement, please refer to the enclosed guide.

## 1  YOUR HOME LOAN PAYMENT

This section provides a breakdown of both your current and new payments, including the minimum payment, total escrow payment and repayment of any shortage that may exist (or credit for an overage of less than $50). **Please refer to Section 3 for an explanation of how your new escrow payment amount was calculated. If your loan is an adjustable rate mortgage, an additional payment change may occur on the anniversary of your loan.  Refer to your billing statement for additional payment options.**

|  | NEW MONTHLY<br>HOME LOAN PAYMENT | CURRENT MONTHLY<br>HOME LOAN PAYMENT |
|---|---|---|
| Minimum Payment | $1,409.81 | $1,409.81 |
| **Escrow Payment** | $206.07 | $260.23 |
| Shortage Payment or Overage Credit | $.00 | $98.77 |
| Credit Life and/or Disability Payment | $.00 | $.00 |
| Other | $.00 | $.00 |
| **TOTAL MONTHLY PAYMENT** | **$1,615.88** | **$1,768.81** |
| **NEW PAYMENT EFFECTIVE DATE** | **03/01/08** | |

## 2  ESCROW OVERAGE

If the overage amount is greater than $50, a refund check is attached below, provided your loan is current. Here are several options you may wish to consider:

● Your loan has $16,178.23 in deferred interest. You may use the escrow overage to reduce your deferred interest. This interest payment may be tax deductible (please consult your tax advisor).
● You may use the escrow overage to reduce your principal balance.
● You may deposit the funds to your escrow account if you anticipate higher tax or insurance amounts for the coming year.

If the overage amount is $50 or less, we have credited the amount and reduced your next new monthly home loan payment accordingly, provided your loan is current.

## 3  ANTICIPATED ESCROW ACCOUNT DISBURSEMENT AND NEW ESCROW PAYMENT AMOUNTS FOR THE NEXT 12 MONTHS

This section shows the property tax amount and/or insurance premium we anticipate we will collect for and pay on your behalf during the next twelve months.  The dollar amount shown may reflect the last amount actually paid for each item or we may project the next amount due as allowed by Federal law (See Section 5 for an explanation of escrow account projection).  Insurance and tax payments are disbursed before their due date to allow for mailing and processing time at the tax office or insurance company.

| ESCROW ITEM | YEARLY<br>DISBURSEMENT AMOUNT | NEW MONTHLY ESCROW<br>PAYMENT AMOUNT |
|---|---|---|
| *Mortgage Insurance* | $0.00 | $0.00 |
| *Taxes* | $1,887.88 | $157.32 |
| *Insurance* | $585.00 | $48.75 |
| TOTAL PAYMENTS FROM ESCROW | $2,472.88 | $206.07 |

During this period, an additional $25.46 was deposited into your escrow account for interest on escrow.

# 2007  ANNUAL PROPERTY TAX INFORMATION STATEMENT  2007

## CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY

### SECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2007 TO JUNE 30, 2008

MARK J. SALADINO, TREASURER AND TAX COLLECTOR

FOR ASSISTANCE CALL 1 (213) 974-2111 OR 1 (888) 807-2111, ON THE WEB AT www.lacountypropertytax.com

ASSESSOR'S ID. NO.          CK

DETAIL OF TAXES DUE FOR    **2212 014 032 07 000**    **33**

**PROPERTY IDENTIFICATION**
ASSESSOR'S ID.NO.: 2212 014 032 07 000
OWNER OF RECORD AS OF JANUARY 1, 2007
SAME AS BELOW
**MAILING ADDRESS**

LOPEZ, ARTURO D
14128 LANARK ST
PANORAMA CITY CA 91402-5204

| AGENCY | AGENCY PHONE NO. | RATE | AMOUNT |
|---|---|---|---|
| GENERAL TAX LEVY | | | |
| ALL AGENCIES | | 1.000000  $ | 1,449.95 |
| | | | |
| VOTED INDEBTEDNESS | | | |
| CITY-LOS ANGELES | | .038051  $ | 55.17 |
| METRO WATER DIST | | .004500 | 6.52 |
| COMMNTY COLLEGE | | .008794 | 12.75 |
| UNIFIED SCHOOLS | | .123342 | 178.84 |
| | | | |
| DIRECT ASSESSMENTS | | | |
| LA STORMWATER | (213) 485-2402 | $ | 21.83 |
| LACO VECTR CNTRL | (800) 273-5167 | | 5.88 |
| LACITY PARK DIST | (213) 978-1896 | | 18.36 |
| CITY LT MAINT | (213) 847-1363 | | 58.37 |
| COUNTY PARK DIST | (213) 738-2983 | | 19.34 |
| FLOOD CONTROL | (626) 458-4357 | | 27.39 |
| CITY 911 FUND | (213) 978-1099 | | 8.32 |
| TRAUMA/EMERG SRV | (866) 587-2862 | | 25.14 |

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#:19 2212 014 032 2 YEAR:07 SEQUENCE:000 3
PIN:    589344
For **American Express, Mastercard and Visa** payments call 1 (888) 473-0835
and have available the EFT number listed above. Service fees will be charged.

**SPECIAL INFORMATION**

| | |
|---|---|
| **TOTAL TAXES DUE** | **$1,887.86** |
| **FIRST INSTALLMENT TAXES**    DUE NOV. 1, 2007 | **$943.94** |
| **SECOND INSTALLMENT TAXES** DUE FEB. 1, 2008 | **$943.92** |

**PROPERTY LOCATION AND/OR PROPERTY DESCRIPTION**
14128 LANARK ST          LOS ANGELE
TRACT NO 15690    LOT    84

**VALUATION INFORMATION**

| ROLL YEAR 07-08 | CURRENT ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|
| LAND | 96,820 | 96,820 |
| IMPROVEMENTS | 55,175 | 55,175 |
| | | |
| TOTAL | | 151,995 |
| LESS EXEMPTION:   HOME | | 7,000 |
| | | |
| NET TAXABLE VALUE | | 144,995 |

**ASSESSOR'S REGIONAL OFFICE**

REGION #03 INDEX:    TRA:00013
NORTH DISTRICT OFFICE
13800 BALBOA BLVD.
SYLMAR CA 91342
(818)833-6000

ACCT. NO.: 572 PRINT NO.: 329880 BILL ID.:IB

THERE WILL BE A $50.00 CHARGE FOR ANY CHECK RETURNED BY THE BANK.
KEEP THIS UPPER PORTION FOR YOUR RECORDS. YOUR CANCELLED CHECK IS YOUR RECEIPT.

76C49HP (7/07)

INFORMATION ONLY
PLEASE USE THIS BILL FOR PAYMENT ONLY IF YOUR TAXES ARE
NOT PAID BY YOUR LENDER/MORTGAGE COMPANY.

PARA INFORMACIÓN ÚNICAMENTE
FAVOR DE USAR ESTA FACTURA PARA HACER PAGO SOLO SI
SUS IMPUESTOS NO SON PAGADOS A TRAVES DE SU BANCO O
CASA FINANCIERA.

# WORLD SAVINGS
*How may we help you?®*

# LOAN STATEMENT

10,412

**Property Address:**   14128 LANARK ST
PANORAMA CITY       CA 91402-5204

**Loan Number:**    44032852

**Payment Due Date:**   12/01/07

**Statement Date:**    11/20/07

**Questions about your loan?**
For quick answers, call .................1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat., Central Time
*(Please have your loan and Social Security numbers ready.)*

010412  YYYNNN  M9DILSTA

ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY        CA 91402-5204

## 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
*CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.*

1) Minimum Payment                     3,570.41

To check the status of your World loan anytime, day or night,
visit us at ...................www.worldsavings.com
For new purchase, refinance, or home equity loan assistance,
simply call ...........................1-800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | |
|---|---|
| Interest Due | 2,655.92 |
| Deferred Interest† | -1,246.11 |
| Principal Paid | |
| Escrow/Other | 359.00 |
| Total Past Due | 1,801.60 |
| Total Payment | 3,570.41 |

## 3 YEAR-TO-DATE INFORMATION

| | Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|---|
| Principal | -12,587.21 | Taxes    1,876.32 |
| Interest | 13,114.60 | Additional Assessments |
| Late Charges/ Fees | 262.28 | Homeowner's Insurance    585.00 |
| | | Other |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| 1,670.46 | 131.14 | 1,801.60 | 13,606.42 | 8.070 |

†*See explanation of deferred interest on reverse side under CHOOSING YOUR PAYMENT OPTIONS.*

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 10/24 | BEGINNING BALANCE | | +393,606.42 | | | | | | |
| 11/15 | COUNTY TAX | 943.94 | | | | +2,720.61 | | | |
| 11/17 | HAZARD INS | 585.00 | | | | -943.94 | | | |
| 11/16 | LATE CHARGE | 65.57 | | | | -585.00 | | | |
| 11/20 | ENDING BALANCE | | +393,606.42 | | | +1,191.67 | | 65.57 | |

## 5 IMPORTANT MESSAGES

# www.worldsavings.com

Your loan is 01 payment(s) past due.  Your oldest payment was due  11/01/07.
*********If you are having difficulties making your mortgage payments, we encourage you to contact World
Savings at 1-800-282-3451.  Some of our payment plans may pleasantly surprise you.  If your payment has
already been made, please disregard this message.

World Savings is now part of Wachovia and your statement will soon have a brand new look featuring the
Wachovia name and color scheme.  Beginning December 31, 2007, please make out your monthly mortgage check to
Wachovia Mortgage.  Rest assured, only the name of our company has changed.  Your loan number and all
customer service contact information/phone numbers/addresses remain the same.  Thank you.

*Please detach coupon and return with payment. Thank you.*

# WORLD SAVINGS
*How may we help you?*

# LOAN STATEMENT

16,628

**Property Address:** 14128 LANARK ST
PANORAMA CITY      CA 91402-5204

**Loan Number:** 44032852

**Payment Due Date:** 10/01/07

**Statement Date:** 09/22/07

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . .1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat., Central Time
*(Please have your loan and Social Security numbers ready.)*



018628  YNNYNN M9DLLSTA



ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY      CA 91402-5204

## 1 PAYMENT OPTIONS

Select your option on the Payment Coupon below. Please see
*CHOOSING YOUR PAYMENT OPTIONS* on reverse side for explanations.

| | |
|---|---|
| ) Minimum Payment | 1,670.46 |
| :) Interest Only | 2,984.09 |
| :) Scheduled Principal and Interest | 3,265.69 |
| :) 15-Year Payment Plan | 4,229.71 |

To check the status of your World loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . .www.worldsavings.com
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . .1-800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 2,625.09 | 2,625.09 | 2,625.09 | 2,625.09 |
| Deferred Interest† | -1,313.63 | | | |
| Principal Paid | | | 281.60 | 1,245.62 |
| Escrow/Other | 359.00 | 359.00 | 359.00 | 359.00 |
| Total Past Due | | | | |
| Total Payment | 1,670.46 | 2,984.09 | 3,265.69 | 4,229.71 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| | | | 12,292.79 | 8.030 |

†*See explanation of deferred interest on reverse side under* CHOOSING YOUR PAYMENT OPTIONS.

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| -11,273.58 | 932.38 |
| Interest | Additional Assessments |
| 11,803.14 | |
| Late Charges/ Fees | Homeowner's Insurance |
| 262.28 | |
| | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 08/25 | BEGINNING BALANCE | | +390,994.36 | | | +2,002.61 | | | |
| 09/17 | 09/01 MAIL PMT | 1,736.03 | +1,298.43 | 1,311.46 | 8.010 | +359.00 | | 65.57 | |
| 09/22 | ENDING BALANCE | | +392,292.79 | | | +2,361.61 | | | |

*1670 96 CK # 581*
*OCT/15/07*

## 5 IMPORTANT MESSAGES

# www.worldsavings.com

IMPORTANT INFORMATION ABOUT YOUR LOAN MARGIN: Due to the change from the Golden West Cost of Savings Index
to the Wachovia Cost of Savings Index, your margin has been reduced to 3.190%. If you have any questions,
please refer to the letter informing you of this change mailed earlier this year, or call 1-877-372-3439.

# WORLD SAVINGS
*How may we help you?®*

# LOAN STATEMENT

**Property Address:**   14128 LANARK ST
PANORAMA CITY      CA 91402-5204

**Loan Number:**      44032852

**Payment Due Date:**   02/01/07

**Statement Date:**    01/23/07

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . .1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat., Central Time
*(Please have your loan and Social Security numbers ready.)*

ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY       CA 91402-5204

## 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
**CHOOSING YOUR PAYMENT OPTIONS** *on reverse side for explanations.*

| | |
|---|---|
| 1) Minimum Payment | 1,637.27 |
| 2) Interest Only | 2,841.96 |
| 3) Scheduled Principal and Interest | 3,107.46 |
| 4) 15-Year Payment Plan | 3,977.62 |

To check the status of your World loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . .www.worldsavings.com
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . .1-800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 2,516.15 | 2,516.15 | 2,516.15 | 2,516.15 |
| Deferred Interest† | -1,204.69 | | 265.50 | 1,135.66 |
| Principal Paid | | | 260.24 | 260.24 |
| Escrow/Other | 260.24 | 260.24 | 260.24 | 260.24 |
| Total Past Due | 65.57 | 65.57 | 65.57 | 65.57 |
| Total Payment | 1,637.27 | 2,841.96 | 3,107.46 | 3,977.62 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| | 65.57 | 65.57 | 2,200.25 | 7.900 |

†*See explanation of deferred interest on reverse side under* **CHOOSING YOUR PAYMENT OPTIONS.**

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| -1,181.04 | Additional Assessments |
| Interest | |
| 1,311.46 | Homeowner's Insurance |
| Late Charges/ Fees | |
| | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 12/19 | BEGINNING BALANCE | | +381,019.21 | | | +260.24 | | | |
| 12/30 | INTEREST ON ESCROW | .27 | | | | +.27 | | | |
| 01/16 | LATE CHARGE | 65.57 | | | | | | 65.57 | |
| 01/17 | 01/01 MAIL PMT | 1,571.70 | +1,181.04 | 1,311.46 | 7.850 | +260.24 | | | |
| 01/23 | ENDING BALANCE | | +382,200.25 | | | +520.75 | | | |

## 5 IMPORTANT MESSAGES

# www.worldsavings.com

Start the New Year off right - with a free analysis to find out if your loan still meets your financial needs. If you want to pay off some debts, make home improvements or lower your mortgage payments, now is the time to talk to World. Call 1-866-691-2248.

Get a headstart on your taxes! View and print your 2006 Mortgage Interest Statement (IRS form 1098) through World's Online Banking Service. Not yet enrolled in Online Banking? Signup is easy. Visit us at www.worldsavings.com today.
--

# WORLD SAVINGS
*How may we help you?®*

# LOAN STATEMENT

**Property Address:** 14128 LANARK ST
PANORAMA CITY    CA 91402-5204

**Loan Number:** 44032852

**Payment Due Date:** 05/01/07

**Statement Date:** 04/19/07

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . . . .1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat., Central Time
*(Please have your loan and Social Security numbers ready.)*

ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY    CA 91402-5204

## 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
**CHOOSING YOUR PAYMENT OPTIONS** *on reverse side for explanations.*

1) **Minimum Payment**                                    3,406.49

To check the status of your World loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . .**www.worldsavings.com**
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | |
|---|---|
| Interest Due | 2,572.51 |
| Deferred Interest† | -1,261.05 |
| Principal Paid | |
| Escrow/Other | 359.00 |
| Total Past Due | 1,736.03 |
| Total Payment | 3,406.49 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| 1,670.46 | 65.57 | 1,736.03 | 4,630.34 | 8.000 |

† *See explanation of deferred interest on reverse side under* **CHOOSING YOUR PAYMENT OPTIONS.**

## 3 YEAR-TO-DATE INFORMATION

| | Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|---|
| Principal | | Taxes |
| | -3,611.13 | 932.38 |
| Interest | | Additional Assessments |
| | 3,934.38 | |
| Late Charges/ Fees | | Homeowner's Insurance |
| | 65.57 | |
| | | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 03/21 | BEGINNING BALANCE | | +384,630.34 | | | +207.61 | | | |
| 04/16 | LATE CHARGE | 65.57 | | | | | | 65.57 | |
| 04/19 | ENDING BALANCE | | +384,630.34 | | | +207.61 | | | |

*CHF 98¢*
*5-8.07- $1736⁰³*

## 5 IMPORTANT MESSAGES

# www.worldsavings.com

Your loan is 01 payment(s) past due.  Your oldest payment was due  04/01/07.
********If you are having difficulties making your mortgage payments, we encourage you to contact World
Savings at 1-800-282-3451.  Some of our payment plans may pleasantly surprise you.  If your payment has
already been made, please disregard this message.

Have your financial needs changed? Want to refinance? Need cash? Contact World first! Because you're our
highly valued customer, we may offer you faster, cheaper, and easier options than other lenders can.  Call us
at 1-866-691-2246.

---



# WORLD SAVINGS
*How may we help you?®*

# LOAN STATEMENT

**Property Address:** 14128 LANARK ST
PANORAMA CITY          CA 91402-5204

**Loan Number:** 44032852

**Payment Due Date:** 04/01/07

**Statement Date:** 03/20/07

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . . . .1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat., Central Time
*(Please have your loan and Social Security numbers ready.)*

IIIuuIIIuIIIIuuIIIIIuuIIIIIuuIuIuIIIuIuIIu

ARTURO D LOPEZ
14128 LANARK ST
PANORAMA CITY          CA 91402-5204

# 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
***CHOOSING YOUR PAYMENT OPTIONS** on reverse side for explanations.*

| | |
|---|---|
| 1) Minimum Payment | 1,670.46 |
| 2) Interest Only | 2,916.79 |
| 3) Scheduled Principal and Interest | 3,183.57 |
| 4) 15-Year Payment Plan | 4,073.72 |

To check the status of your World loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . .**www.worldsavings.com**

For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**1-800-914-8166**

# 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|---|
| Interest Due | 2,557.79 | 2,557.79 | 2,557.79 | 2,557.79 |
| Deferred Interest† | -1,246.33 | | | |
| Principal Paid | | | 266.78 | 1,156.93 |
| Escrow/Other | 359.00 | 359.00 | 359.00 | 359.00 |
| Total Past Due | | | | |
| Total Payment | 1,670.46 | 2,916.79 | 3,183.57 | 4,073.72 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| | | | 4,630.34 | 7.980 |

†*See explanation of deferred interest on reverse side under* ***CHOOSING YOUR PAYMENT OPTIONS.***

# 3 YEAR-TO-DATE INFORMATION

| | Year-to-Date Payments | | Year-to-Date Escrow Disbursements |
|---|---|---|---|
| Principal | | Taxes | |
| | -3,611.13 | | 932.38 |
| Interest | | Additional Assessments | |
| | 3,934.38 | | |
| Late Charges/ Fees | | Homeowner's Insurance | |
| | 65.57 | | |
| | | Other | |

# 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 02/24 | BEGINNING BALANCE | | +383,404.94 | | | +780.99 | | | |
| 03/13 | COUNTY TAX | 3.30 | | | | -3.30 | | | |
| 03/13 | COUNTY TAX | 929.08 | | | | -929.08 | | | |
| 03/14 | 03/01 MAIL PMT | 1,670.46 | +1,225.40 | 1,311.46 | 7.940 | +359.00 | | | |
| 03/20 | ENDING BALANCE | | +384,630.34 | | | +207.61 | | | |

# 5 IMPORTANT MESSAGES                    www.worldsavings.com

Improve your financial situation at tax time and beyond with a free home loan review.  You may be able to get
cash to pay your property or income tax.  Call 1-866-691-2247 today and help make this time of the year a
little less taxing.

---

## MATERIAL WITNESS INFORMATION SHEET

**CASE INFORMATION**

Case Name: U.S. v. **Jose Miguel Rodriguez**                  Case No. **08 mj 0912**

AUSA Name: **Doug Keehn**                                     AUSA Telephone: **619-557-6549**

Case Agent:                                                  Agency: **CBP**


**INFORMATION ABOUT THE MATERIAL WITNESS**

Name: **Vanessa Guzman-Sandoval**                            A-Number: **88895850**

Date of Birth: **10/8/1984**                                 Immigration Status: **Mexican National**

Foreign Address: **Domicilio Conocido, Juarez Coronaco, Tlalancaleda Puebla**

Did The Material Witness Sign An I-826? **Unknown**          Relationship to Defendant: **None**


**PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE**

Name: **Arturo Delgado-Lopez**                              Relationship to Witness: **Family Friend**

Home Address: **14128 Lanark Street, Van Nuys, CA91402**

Business Address: **Same**

Home Telephone: **(818) 317-2462**                          Business Telephone: **n/a**


**RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.**

Name: **n/a**                                               Relationship to Witness:

Home Address:

Business Address:

Home Telephone:                                             Business Telephone:


**ATTORNEY FOR THE MATERIAL WITNESS**

Name: **Gayle Mayfield-Venieris**          Tel: **858/793-8090**        Fax: **858/793-8099**

Address: **462 Stevens Avenue, Suite 303, Solana Beach, CA  92075**


**INFORMATION ABOUT THE SURETY**

Name: **Arturo Delgado-Lopez**                              Relationship to Witness: **Family Friend**

Immigration Status: **U.S. Resident**                       Relationship to Defendant: **None**

Home Address: **14128 Lanark Street, Van Nuys, CA91402**

Business Address: **Same**

Home Telephone: **(818) 317-2462**                          Business Telephone: **n/a**

Does The Surety Have An Immigration Record (if so, the charges): **none known**

Does The Surety Have A Criminal Record (if so, the charges): **none known**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR INS USE ONLY**

1.   MATERIAL WITNESS ☐          SURRENDERED ☐                FAILED TO APPEAR ☐

2.   _____        _____
        *Signature*                          *Date*