**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

ORIGINAL

KENNETH O. YOUNG
Chief Probation Officer

FILED

08 JUN -5 AM 9: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _ecc_ DEPUTY

101 West Broadway
Suite 700
San Diego, CA 92101-7991
(619) 557-6650

May 20, 2008

The Honorable M. James Lorenz
U.S. District Judge
Southern District of California
San Diego, California

Re:   RODRIGUEZ, Jose Miguel
      Dkt. No. 08CR01071-001-L
      **REQUEST FOR CONTINUANCE**
      **OF SENTENCING**

Dear Judge Lorenz:

On April 17, 2008, Jose Miguel Rodriguez appeared before Your Honor at which time he pled guilty to one count of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2, Bringing in Illegal Aliens and Aiding and Abetting. Sentencing was subsequently set for June 30, 2008.

Since the defendant's conviction, there have been difficulties in coordinating the probation interview, as the defendant is currently incarcerated in San Luis, Arizona, and the U.S. Marshal's Office has limited availability for video conference interviews. Consequently, a presentence interview date has not been set until May 21, 2008. Due to this advanced date, it has not been possible to complete a thorough investigation and file the presentence report in accordance with General Order 350.

As such, it is requested that Mr. Rodriguez' sentencing be continued from June 30, 2008, to July 21, 2008, at 8:30 a.m. Your Honor's courtroom deputy advised that this date would be compatible with the Court's calender. In addition, the AUSA and defense counsel are both in agreement with the continuance request. Lastly, a checklist is appended for the Court's response.

Re: RODRIGUEZ, Jose Miguel  
Dkt. No. 08CR01071-001-L

May 20, 2008  
Page 2

Should Your Honor have questions or concerns, please contact me at (619) 557-6517.

Respectfully submitted,

KENNETH O. YOUNG  
CHIEF PROBATION OFFICER

By: *Naomi L. Stalbaum*

Naomi L. Stalbaum  
U.S. Probation Officer

nls/nls  
Attachments: Continuance Order  
cc: AUSA and defense counsel

Reviewed by: *David J. Mudd*  
David J. Mudd  
Supervising U.S. Probation Officer

Re: RODRIGUEZ, Jose Miguel                                            May 20, 2008
Dkt. No. 08CR01071-001-L                                                    Page 3


COURT ACTION DESIRED:

__✓__   1. Agree, continue the sentencing from June 30, 2008, to July 21, 2008,
           at 8:30 a.m.

_____  2. Disagree, sentencing to remain as scheduled. The presentence report is to be
           prepared not in accordance with General Order 350.

_____  3. Other. _____

         _____


_____                    _____
The Honorable M. James Lorenz                              Date
U.S. District Judge

[Signature: M James Lorenz]    [Date: 5/20/08]