KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U.S. Attorney
California State Bar No.235960
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6157

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1071-L |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JOSE MIGUEL RODRIGUEZ, | ) | |
| Defendant. | ) | |

Upon application of the United States and good cause appearing therefore,

IT IS HEREBY ORDERED that the bail as to material witness, VANESSA GUZMAN-SANDOVAL is hereby forfeited and a no bail warrant for her arrest be issued.

SO ORDERED.

DATED: 6/6/08

Honorable William McCurine, Jr.